IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00501-AP

TAMMY J. TRUJILLO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

| | |
|---|---|
| | TROY A. EID |
| MICHAEL A. DESAULNIERS | United States Attorney |
| 402 W. 12th | |
| Pueblo, CO 81003 | KEVIN TRASKOS |
| Telephone: (719) 543-8636 | Deputy Chief, Civil Division |
| Facsimile: (719) 543-8403 | United States Attorney's Office |
| seckarlaw@mindspring.com | 1225 17th Street, Suite 700 |
| | Denver, CO 80202 |
| | Telephone: (303) 454-0100 |
| | Facsimile: (303) 454-0400 |
| | Kevin.Traskos@usdoj.gov |

For Defendant:

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** March 11, 2008
**B. Date Complaint Was Served on U.S. Attorney's Office:** March 14, 2008
**C. Date Answer and Administrative Record Were Filed:** May 13, 2008(Answer) and May 14, 2008 (Administrative Record)

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8. BRIEFING SCHEDULE

Because of workload at the Office of the Commissioner, counsel for the Commissioner requests that the briefing schedule commence later than 40 days after the filing of this Joint Case Management Plan. Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** July 14, 2008
**B. Defendant's Response Brief Due:** August 13, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** August 28, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
   Plaintiff does not request oral argument.

**B. Defendant's Statement:**
   Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.  (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 4th day of June, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| *s/ Michael A. Desaulniers* | TROY A. EID |
| MICHAEL A. DESAULNIERS | United States Attorney |
| 402 W. 12th | |
| Pueblo, CO 81003 | *s/ Kevin Traskos* |
| Telephone: (719)543-8636 | KEVIN TRASKOS |
| Facsimile: (719)543-8403 | Deputy Chief, Civil Division |
| seckarlaw@mindspring.com | United States Attorney's Office |
| Attorney for Plaintiff | 1225 17th Street, Suite 700 |
| | Denver, CO 80202 |
| | Telephone: (303)454-0184 |
| | Facsimile: (303)454-0400 |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Attorneys for Defendant |